NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**JIMMY D. WOODS,**
*Claimant-Appellant,*

v.

**ERIC K. SHINSEKI, SECRETARY OF VETERANS AFFAIRS,**
*Respondent-Appellee.*

---

2012-7070

---

Appeal from the United States Court of Appeals for Veterans Claims in case no. 10-2832, Judge John J. Farley, III.

---

**ON MOTION**

---

## ORDER

Jimmy D. Woods moves for a 60-day extension of time from the date of docketing to submit his formal brief.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted. Mr. Woods' formal brief is due on or before April 16, 2012.

FOR THE COURT

MAR 29 2012
_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

cc: Jimmy D. Woods
     Richard P. Schroeder, Esq.

s21

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

MAR 2 9 2012

JAN HORBALY
CLERK